# EXHIBIT A


2316-CV02244 - JESSICA HANSEN V THE COCA-COLA COMPANY (E-CASE)

| Case<br>FV Header View | Parties &<br>Attorneys | Docket<br>Entries | Charges, Judgments<br>& Sentences | Service<br>Information | Filings<br>Due | Scheduled<br>Hearings & Trials | Civil<br>Judgments | Garnishments/<br>Execution |

**Click here to eFile on Case**
**Click here to Respond to Selected Documents**

Sort Date Entries: ● Descending   ○ Ascending

Display Options: All Entries ▼

---

**03/21/2023** ☐ **Corporation Served**
Document ID - 23-SMOS-217; Served To - THE COCA-COLA COMPANY; Server - ; Served Date - 22-FEB-23; Served Time - 13:38:00; Service Type - Special Process Server; Reason Description - Served; Service Text - RECEIVED BY NADIA BELLAMY, AUTHORIZED AGENT

☐ **Notice of Service**
Affidavit of Service.
   **Filed By:** DAVID L. MARCUS
   **On Behalf Of:** JESSICA HANSEN

**02/14/2023** ☐ **Summons Issued-Circuit**
Document ID: 23-SMOS-217, for THE COCA-COLA COMPANY.

☐ **Order - Special Process Server**

**02/13/2023** ☐ **Motion Special Process Server**
Motion for Private Process Server.
   **Filed By:** DAVID L. MARCUS
   **On Behalf Of:** JESSICA HANSEN

**01/30/2023** ☐ **Correspondence Sent**

☐ **Case Mgmt Conf Scheduled**
   **Scheduled For:** 05/22/2023;  8:30 AM ;  CHARLES H MCKENZIE;  Jackson - Kansas City

**01/19/2023** ☐ **Judge Assigned**

☐ **Filing Info Sheet eFiling**
   **Filed By:** DAVID L. MARCUS

☐ **Motion Special Process Server**
Motion for Private Process Server.
   **Filed By:** DAVID L. MARCUS
   **On Behalf Of:** JESSICA HANSEN

☐ **Pet Filed in Circuit Ct**
Class Action Petition.
   **Filed By:** DAVID L. MARCUS

---

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
AT KANSAS CITY**

| | |
|---|---|
| Jessica Hansen, on behalf of herself and other members of the putative class, | |
| **Plaintiff,** | Case No. |
| v. | |
| The Coca-Cola  Company,
Registered Agent: The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801 | |
| **Defendant.** | |

**CLASS ACTION PETITION**

For her Class Action Petition against the Coca-Cola Company ("Defendant"),

Plaintiff Jessica Hansen ("Plaintiff"), on behalf of herself and all others similarly situated,

states and alleges as follows:

**INTRODUCTION**

1.      This is a consumer class action lawsuit arising from Defendant's false and

misleading advertising of its Topo Chico® Margarita Hard Seltzer products.

2.      A margarita is a popular and widely known alcoholic cocktail.  The primary

alcohol in a margarita is tequila.

3.      Defendant has leveraged the popularity of this cocktail to manufacture,

package and market its own line of hard seltzers, which it sells at retail locations across the

State of Missouri and online.

4.      Unlike the margarita cocktail, Defendant's Topo Chico® Margarita Hard

Seltzer products do not contain tequila.  Instead, on information and belief, they contain

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

alcohol derived from fermented cane sugar. Using alcohol derived from fermented cane sugar is less expensive than using tequila, but the quality of the product suffers.

5.      During the relevant class period, Defendant's line of Topo Chico® Margarita Hard Seltzer products has included "Strawberry Hibiscus," "Signature Margarita," "Tropical Pineapple" and "Prickly Pear." The word "Margarita" is conspicuously displayed on the packaging for these products. This would lead a reasonable consumer to believe these products contain tequila when they do not in fact contain tequila.

6.      During the relevant class period, Defendant sold these products in Jackson County, Missouri and elsewhere in Missouri.

7.      During the relevant class period, these products were sold at various retail locations, including grocery stores, convenience stores and liquor stores.    Defendant's products also were sold online.

8.      As a result of Defendant's false and deceptive packaging, Plaintiff and other members of the proposed class and subclass suffered an ascertainable loss.

9.      Plaintiff brings this action on behalf of herself and all other similarly situated to obtain recompense for those who have purchased Defendant's products in the State of Missouri.

## THE PARTIES

10.      Plaintiff Jessica Hansen ("Plaintiff") is a natural person residing in Jackson County, Missouri. Plaintiff purchased Defendant's Topo Chico® Margarita Hard Seltzer variety pack at Sun Fresh in Independence, Missouri. Plaintiff brings this action on behalf of herself and a class and subclass of similarly situated individuals as defined herein.

11.      Defendant The Coca Cola Company ("Defendant") is a corporation organized under the laws of the State of Delaware. It has a principal place of business at

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

One Coca-Cola Plaza, 310 North Avenue NW, Atlanta, GA 30313. It can be served through its registered agent, The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.

### JURISDICTION AND VENUE

12.     This Court has personal jurisdiction over Defendant pursuant to R.S.Mo. § 506.500 because Defendant transacts business in this State.

13.     Venue is proper in this Court pursuant to R.S.Mo. § 508.010 because Plaintiff was first injured in Jackson County, Missouri.

### FACTUAL ALLEGATIONS

14.     Defendant manufactures, packages, and sells a line of hard seltzers under the Topo Chico® brand.

15.     These hard seltzers come in four flavors: included "Strawberry Hibiscus," "Signature Margarita," "Tropical Pineapple" and "Prickly Pear."

16.     These hard seltzers all bear the name, "Margarita" and have a picture of an agave plant on the front of the can.



17. The name "margarita" is synonymous with the popular and widely known margarita cocktail. The margarita cocktail is widely, if not universally, known to contain tequila. Indeed, the word "margarita" is defined by Merriam-Webster as a cocktail containing tequila.

18. On information and belief, Defendant chose the name "margarita" for its products to leverage the popularity of the margarita cocktail.

19. Unlike the margarita, however, Defendant's Topo Chico® Margarita Hard Seltzer products do not contain tequila. Instead, on information and belief, their alcohol content comes from fermented cane sugar.

20. On information and belief, Defendant uses fermented cane sugar rather than tequila because fermented cane sugar is significantly cheaper than tequila. However, using fermented cane sugar rather than tequila adversely impacts the quality of Defendant's products.

21. Not only does tequila have a distinctive taste as compared with other alcoholic drinks, it also is generally considered a healthier option. Tequila is traditionally made by steaming agave in brick ovens and crushing it using a mechanical shredder. The juices are then collected and fermented naturally in open wooden tanks, then distilled twice in copper pot stills.

22. Thanks to the distillation process, tequila has no naturally present sugars. Its glycemic index is assumed zero because the only carbohydrate is from the fructose in its agave plant source. Moreover, unlike most distilled spirits, tequila has low levels of impurities like methanol or fusel oil when consumed in reasonable amounts. Consumption of tequila in the United States has risen by more than 30% between 2015 and 2020, with premium-and-above products up by over 60%.

23.     On information and belief, Defendant intended for consumers to think its Topo Chico® Margarita Hard Seltzer was simply a version of the margarita cocktail and contained the same key ingredients plus carbonated water.  Indeed, one of Defendant's flavors is deceptively called "Signature Margarita."  This would cause a reasonable consumer to believe they were purchasing a seltzer version of the original margarita cocktail, as was Defendant's intention.

24.     During the relevant class period, Defendant sold its Topo Chico® Margarita Hard Seltzer products at hundreds of retail locations across the State of Missouri, including grocery stores, convenience stores and liquor stores.  Defendant's products also were (and are) sold online.

25.     During the relevant class period, Plaintiff purchased Defendant's products at a retail location in Jackson County, Missouri.  Specifically, she purchased a Topo Chico® Margarita Hard Seltzer variety pack at Sun Fresh in Independence, Missouri.  At the time of the purchase, the packaging of Defendant's products would cause a reasonable consumer to believe he or she was purchasing a seltzer version of the margarita cocktail, containing tequila.  Further, there was no disclaimer or other statement on the product packaging to inform a reasonable consumer that Defendant's products did not contain tequila.  The ingredient list includes "alcohol" but does not disclose that the alcohol is not tequila.  Had the packaging of Defendant's products clearly and conspicuously disclosed that they did not contain tequila, a reasonable consumer would not have purchased those products, as there are hard seltzers on the market bearing the name "margarita" that *do* contain tequila.  Therefore, as a direct result of Defendant's false and deceptive conduct, Plaintiff and the class suffered an ascertainable loss of money.

26.     The packaging of Defendant's products is likely to continue to cause reasonable consumers to be misled.  Reasonable consumers would have no reason to know, based on that packaging, that Defendant's products do not contain tequila.

27.     The false belief created by Defendant's packaging is a material factor in influencing consumer purchase decisions because it relates to the contents of the products. To the detriment of consumers, Defendant's packaging entices consumers to pay for what they believe are beverages containing tequila when they do not contain tequila.

28.     Plaintiff and class members were all harmed by purchasing Defendant's products because they did not receive what they paid for, and, as a result, lost money and property.

29.     Each class member has been exposed to the same or substantially similar deceptive practice, as each of Defendant's products sold during the class period was called Topo Chico® Margarita Hard Seltzer and none of those products contained tequila.

30.      Defendant has intentionally used the name of a popular and widely known cocktail on its packaging in order to induce Plaintiff and other reasonable consumers to purchase and/or pay more for Defendant's products than they otherwise would have. Defendant knew, or reasonably should have known, that reasonable consumers would rely on the common cocktail name on the packaging of the products and reasonably believe the products contained tequila.

## Class Action Allegations

31.     Plaintiff brings this action pursuant to Rule 52.08(b)(2) & (3) of the Missouri Rules of Civil Procedure.

32.     Plaintiff brings this action on behalf of herself and all natural persons who purchased one or more of Defendant's Topo Chico® Margarita Hard Seltzer products in

Missouri for personal, family or household purposes within the applicable statute of limitations period. Excluded from the class are all judicial officers presiding over this or any related case. The class definition also excludes all shareholders, officers and employees of Defendant. Plaintiff reserves the right to modify this class definition as discovery or other case circumstances warrant.

33. The members of the classes are so numerous that individual joinder of all class members is impracticable. Defendant has sold hundreds of packages of its products to class members. There are likely at least a thousand class members.

34. There are questions of law and/or fact common to the Plaintiff and the class, including but not limited to:

       a.    Whether the packaging of Defendant's products was or is false, misleading, or likely to deceive a reasonable consumer;

       b.    Whether the representations made on the packaging of Defendant's products were material to a reasonable consumer; and

       c.    Whether Plaintiff and other class members have been injured and the proper measure of their losses as a result of those injuries.

35. Plaintiff's claims are typical of the claims of the class in that Plaintiff, like all class members, purchased one or more of Defendant's products for personal, family or household use and was injured as a result of Defendant's uniform conduct.

36. Plaintiff is a member of the class she seeks to represent and is an adequate class representative in that, as a member of the class, her interests are aligned with those of the class. There are no individual conflicts that would prevent Plaintiff from adequately representing the class.

37. Plaintiff has retained competent counsel experienced in class action litigation.

38.     Class certification is proper because common questions of fact and law predominate over questions that may affect only individual members of the class.

39.     A class action presents a superior form of adjudication over individual litigation.

40.     The costs of litigating this action against Defendant, in comparison to the recovery or relief sought, would make individual litigation impracticable.  In addition, forcing individual litigation would risk the result of inconsistent rulings.

41.     This class action is manageable.  The proposed class represents an identifiable community that can be readily identified, and the relief sought is one that can be overseen by this Court.

<u>Cause of Action</u>

**Violation of Missouri's Merchandising Practices Act ("MMPA")**

42.     Plaintiff incorporates the foregoing allegations as if fully set forth herein.

43.     The MMPA provides that it is unlawful to "act, use or employ . . . deception, fraud, false pretense, false promise, misrepresentation, unfair practice or the concealment, suppression, or omission of any material fact in connection with the sale or advertisement of any merchandise in trade or commerce . . . ." Mo. Rev. Stat. § 407.020.1.

44.     Defendant's products are "merchandise" pursuant to Mo. Rev. Stat. § 407.010(4), and Defendant is selling the products in trade or commerce.

45.     As described herein, Defendant's packaging constitutes the act, use or employment of deception, fraud, false pretenses, false promises, misrepresentation, unfair practices in connection with the sale or advertisement of Defendant's products in that Defendant falsely labels its products with the term "margarita" when they do not contain tequila.

8

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

46.     Defendant's misrepresentations regarding its products are material (i.e., the type of misrepresentations to which a reasonable person would attach importance and would be induced to act thereon in making purchase decisions), because they relate to the composition and ingredients of the products.

47.     At all relevant times, Defendant knew or reasonably should have known that its products do not in fact contain tequila, and that a reasonable consumer would reasonably and justifiably rely on Defendant's misrepresentations in purchasing Defendant's products.

48.     Plaintiff is a member of the class and purchased Defendant's products for personal, family, or household purposes.

49.     Plaintiff acted as a reasonable consumer would in light of all circumstances.

50.     Plaintiff and other members of the class have suffered an ascertainable loss caused by Defendant's misrepresentations as described herein.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff, individually and on behalf of the other members of the proposed class, respectfully requests that the Court enter judgment in her favor and against Defendant as follows:

A.     Certifying the class as requested herein, designating Plaintiff as the class representative and appointing the undersigned counsel as class counsel;

B.     Declaring that Defendant is financially responsible for notifying class members of the pendency of this suit;

C.     Ordering payment of damages to the full extent permitted by law;

D.     Ordering Defendant to pay attorneys' fees and litigation costs to Plaintiff and the other members of the class;

E.    Ordering Defendant to pay both pre- and post-judgment interest on any

amounts awarded; and

F.    Ordering such other and further relief as may be just and proper.

## **DEMAND FOR JURY TRIAL**

Plaintiff and the class hereby demand trial by jury on all issues so triable.

Respectfully Submitted,

BARTLE & MARCUS LLC

By  /s/ David L. Marcus
     David L. Marcus, MO Bar #47846
     BARTLE & MARCUS LLC
     4700 Belleview Ave., Suite 200
     Kansas City, MO 64112
     Telephone: 816.256.4699
     Fax: 816.222.0534
     Dmarcus@bmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

10

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

### IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
### AT KANSAS CITY

| | |
|---|---|
| **Jessica Hansen, on behalf of herself and other members of the putative class,** | |
| **Plaintiff,** | **Case No.** |
| **v.** | |
| **The Coca-Cola  Company,** **Registered Agent: The Corporation Trust Company** **1209 Orange Street** **Wilmington, DE 19801** | |
| **Defendant.** | |

### MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Will Acree | PPS22-0369 | Martez A. Bean | PPS22-0476 |
| Jan E. Adams | PPS22-0111 | Richard Benito | PPS22-0115 |
| Roger Adams | PPS22-0112 | Keith Blanchard | PPS22-0376 |
| Kyle Adcock | PPS22-0370 | Dianna J. Blea | PPS22-0116 |
| Paul Aizel | PPS22-0371 | Richard J. Blea | PPS22-0117 |
| Bobby Ali | PPS22-0372 | Sheila P. Brooks | PPS22-0119 |
| Sandra M. Allen | PPS22-0113 | Kathy Broom | PPS22-0120 |
| Stacy M. Anderson | PPS22-0373 | Douglas Brower | PPS22-0477 |
| John Arnold | PPS22-0374 | Jesse Bruce, Jr. | PPS22-0377 |
| Tonya Arruda | PPS22-0474 | James Burke | PPS22-0378 |
| Teresa Bailly | PPS22-0114 | Alese Burris | PPS22-0478 |
| Joseph Baska | PPS22-0375 | Gary Burt | PPS22-0012 |

| | | | |
|---|---|---|---|
| Stephen C. Buskirk | PPS22-0121 | Christine Crawford | PPS22-0390 |
| Peggy Butcher | PPS22-0379 | Janet Darragh | PPS22-0391 |
| Steve Butcher | PPS22-0380 | Bryce Dearborn | PPS22-0392 |
| Naoshia Butler | PPS22-0479 | Robert Delacy, III | PPS22-0393 |
| Danny M. Callahan | PPS22-0123 | Robert Delacy, Jr. | PPS22-0394 |
| Thomas D. Campbell | PPS22-0381 | Dominic DellaPorte | PPS22-0134 |
| Anna Canole | PPS22-0382 | Richard Dixson | PPS22-0395 |
| Esquiel Cantu | PPS22-0125 | Claudia Dohn | PPS22-0482 |
| William J. Caputo | PPS22-0126 | Angela Donahue | PPS22-0396 |
| Andre Carnes, Jr. | PPS22-0265 | Dale Dorning | PPS22-0135 |
| Samantha Carpenter | PPS22-0383 | Cathrene Drake | PPS22-0483 |
| Charles Casey | PPS22-0127 | John Dressler | PPS22-0397 |
| George L. Castillo | PPS22-0128 | Rebecca Dressler | PPS22-0398 |
| Carolyn S. Champlin | PPS22-0013 | Alexander C. Duaine | PPS22-0136 |
| Crystal Chapman | PPS22-0129 | Thomas Elmore | PPS22-0399 |
| Kathleen Clor | PPS22-0384 | Abel Emiru | PPS22-0137 |
| Pamela Coats | PPS22-0385 | Donald Eskra, Jr. | PPS22-0400 |
| Randy G. Cobb | PPS22-0130 | Sadie Estes | PPS22-0138 |
| Chad Compton | PPS22-0132 | Cindy Ethridge | PPS22-0401 |
| Kenneth Condrey | PPS22-0386 | Larry Evans | PPS22-0402 |
| Sharon Condrey | PPS22-0387 | Robert Fairbanks | PPS22-0403 |
| Theodore Cordasco | PPS22-0388 | William F. Ferrell | PPS22-0022 |
| George Covert, II | PPS22-0389 | Robert Finley | PPS22-0023 |

| | | | | |
|---|---|---|---|---|
| Kim Fletcher | PPS22-0404 | | James Hannah | PPS22-0030 |
| Ryan Fortune | PPS22-0405 | | Tim Harris | PPS22-0486 |
| John K. Frago | PPS22-0026 | | Christy Hartline | PPS22-0149 |
| Rhonda Frerichs | PPS22-0406 | | James Harvey | PPS22-0150 |
| Kelsey Garrett | PPS22-0407 | | Grace Hazell | PPS22-0151 |
| Joseph S. Gates | PPS22-0141 | | Stephen Heitz | PPS22-0035 |
| Natalie Gay | PPS22-0408 | | Austen Hendrickson | PPS22-0487 |
| Patti Gay | PPS22-0409 | | Jonathan Hennings | PPS22-0416 |
| Richard Gerber | PPS22-0410 | | Jessie J. Hernandez | PPS22-0153 |
| Louis Gerrick | PPS22-0142 | | Justin J. Herndandez | PPS22-0154 |
| Monica Gillespie | PPS22-0484 | | Michael Hibler | PPS22-0155 |
| Adam Golden | PPS22-0411 | | Shelby Hibler | PPS22-0156 |
| Brad Gordon | PPS22-0144 | | Trinity Hibler | PPS22-0157 |
| Tom Gorgone | PPS22-0145 | | James Hise | PPS22-0294 |
| Kimberly Greenway | PPS22-0146 | | Bobbi Hohnholt | PPS22-0417 |
| Lynne Grimes | PPS22-0147 | | Martin Hueckel | PPS22-0159 |
| Paul Grimes | PPS22-0485 | | Michael Huffman | PPS22-0039 |
| Charles R. Gunning | PPS22-0028 | | Pamela Huffman | PPS22-0040 |
| Leon Gustus | PPS22-0412 | | Anthony Iavarone | PPS22-0160 |
| David Hahn | PPS22-0413 | | George Illidge | PPS22-0161 |
| Eric Hahn | PPS22-0414 | | Glenn Jackson | PPS22-0163 |
| Stefanie Hahn | PPS22-0415 | | Frank H. James | PPS22-0418 |
| Darnell E. Hamilton | PPS22-0029 | | Matthew Jankowski | PPS22-0419 |

| | |
|---|---|
| Betty A. Johnson | PPS22-0164 |
| Justin L. Johnson | PPS22-0165 |
| Kenneth Kearney | PPS22-0168 |
| Michael Keating | PPS22-0420 |
| Christopher Keilbart | PPS22-0421 |
| Brent Kirkhart | PPS22-0046 |
| Janice Kirkhart | PPS22-0047 |
| Tyler Kirkhart | PPS22-0048 |
| Gerald Kirschner | PPS22-0422 |
| Michele L. Kriner | PPS22-0169 |
| Wyman T. Kroft | PPS22-0423 |
| Andrea Lambros | PPS22-0424 |
| Cecile R. Landrum | PPS22-0170 |
| James R. LaRiviere | PPS22-0171 |
| Anthony Lazzara | PPS22-0425 |
| John Lichtenegger | PPS22-0489 |
| Bryan Liebhart | PPS22-0172 |
| Charles Lindsay, Jr. | PPS22-0173 |
| Bert Lott | PPS22-0174 |
| Dawn Luce | PPS22-0426 |
| Ellen MacFarland | PPS22-0427 |
| Robert Maliuuk | PPS22-0428 |
| Winnonna Maliuuk | PPS22-0429 |

| | |
|---|---|
| Richard Markowitz | PPS22-0430 |
| Michael Marra | PPS22-0179 |
| Deborah J. Martin | PPS22-0175 |
| Michael Martin | PPS22-0176 |
| Thomas Matthews | PPS22-0180 |
| Michael McCann | PPS22-0431 |
| Michael J. McMahon | PPS22-0183 |
| Michael Meador | PPS22-0060 |
| James R. Meadows | PPS22-0186 |
| Nancy Measheaw | PPS22-0432 |
| Jerry Melber | PPS22-0187 |
| Eric Mendenhall | PPS22-0434 |
| Jenna Mendoza | PPS22-0188 |
| Matthew Millhollin | PPS22-0062 |
| Amanda L. Mincheff | PPS22-0189 |
| Vivian G. Mitchell | PPS22-0190 |
| Carla Monegain | PPS22-0434 |
| Christopher Moore | PPS22-0435 |
| Michael Morrison | PPS22-0436 |
| Zachary Mueller | PPS22-0437 |
| Linda M. Murphy | PPS22-0191 |
| Kelly A. Murski | PPS22-0192 |
| Paul Nadarzzi | PPS22-0193 |

Electronically Filed - Jackson - Kansas City - January 19, 2023 - 01:01 PM

| | | | |
|---|---|---|---|
| Jeremy L. Nicholas | PPS22-0194 | Richard Ramirez | PPS22-0443 |
| Jeffrey L. Nichols | PPS22-0195 | Charles Reardon | PPS22-0444 |
| Michael Noble | PPS22-0196 | Christopher Reed | PPS22-0210 |
| Michael Nolan | PPS22-0491 | Edward Reed | PPS22-0445 |
| Colter Norris | PPS22-0197 | Gavin Rees | PPS22-0446 |
| Dennis Norris | PPS22-0198 | Craig Reynolds | PPS22-0447 |
| Kody Norris | PPS22-0199 | Betty G. Rice | PPS22-0448 |
| Daryl Oesterich | PPS22-0438 | Karen L. Rice | PPS22-0449 |
| Elizabeth Ostman | PPS22-0439 | Terri Richards | PPS22-0212 |
| Tory J. Owens | PPS22-0071 | Cheryl Richey | PPS22-0213 |
| Craig Palmer | PPS22-0440 | Richard C. Ross | PPS22-0215 |
| Cynthia Paris | PPS22-0441 | David M. Roberts | PPS22-0086 |
| Orlando Parra-Alvarez | PPS22-0201 | Patricia J. Roberts | PPS22-0087 |
| Cody Patton | PPS22-0202 | Edna L. Russell | PPS22-0093 |
| James Perna | PPS22-0494 | Mark A. Russell, Jr. | PPS22-0218 |
| George Perry | PPS22-0495 | Ligno Sanchez | PPS22-0450 |
| Vincent A. Piazza | PPS22-0204 | Brenda M. Schiwitz | PPS22-0094 |
| Brian Pierce | PPS22-0496 | Edward Schuch | PPS22-0451 |
| Timothy Pinney | PPS22-0205 | Nathaniel Scott | PPS22-0219 |
| Kenny Polizzi | PPS22-0497 | Richard Shaver | PPS22-0221 |
| Evelyn L. Porter | PPS22-0206 | Joe B. Sherrod | PPS22-0222 |
| Nancy Porter | PPS22-0442 | Katie Shiflett | PPS22-0452 |
| Benjamin Purser | PPS22-0498 | Kenneth Short | PPS22-0453 |

| | | | |
|---|---|---|---|
| Jeannie M. Simon | PPS22-0223 | Sean Updegrave | PPS22-0463 |
| Kenyardia Sims | PPS22-0500 | Harold Vantassel | PPS22-0512 |
| Raymond Sinclair | PPS22-0454 | Margarita Vasquez | PPS22-0235 |
| Thomas H. Skinner | PPS22-0224 | Robert E. Vick, II | PPS22-0238 |
| Brian Smith | PPS22-0225 | Bradley Votaw | PPS22-0239 |
| Bryan Smith | PPS22-0501 | Beth Wachowski | PPS22-0464 |
| Gean Smith | PPS22-0226 | Joseph Wachowski | PPS22-0465 |
| John K. Smith | PPS22-0502 | Ambiko Wallace | PPS22-0240 |
| Anthony Spada | PPS22-0228 | Vance M. Warren, Sr. | PPS22-0241 |
| Melissa Spencer | PPS22-0503 | Stephan R. Waters | PPS22-0242 |
| Barbara Steil | PPS22-0455 | Barbara West | PPS22-0466 |
| Randy Stone | PPS22-0229 | Jane Weston | PPS22-0467 |
| Sonja R. Stone | PPS22-0230 | Roger White | PPS22-0468 |
| Steven Stosur | PPS22-0456 | Sheri Williams | PPS22-0469 |
| Brittney Strozier | PPS22-0231 | Gregory Willing | PPS22-0105 |
| Kenneth Sullenberger | PPS22-0504 | Conni Wilson | PPS22-0107 |
| Cody Swartz | PPS22-0457 | Deborah A. Wilson | PPS22-0470 |
| Ramona Talvacchio | PPS22-0458 | Mitch Wirth | PPS22-0245 |
| Jeffrey Teitel | PPS22-0233 | Robert Yates | PPS22-0513 |
| Devon M. Thomas | PPS22-0459 | Michele A. Zera | PPS22-0471 |
| Jeffrey Thomas | PPS22-0460 | | |
| LaVonda Martinez-Thompson | PPS22-0461 | | |
| Michelle Tomlin | PPS22-0462 | | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

BARTLE & MARCUS LLC

By /s/ David L. Marcus
    David L. Marcus, MO Bar #47846
    BARTLE & MARCUS LLC
    4700 Belleview Ave., Suite 200
    Kansas City, MO 64112
    Telephone: 816.256.4699
    Fax: 816.222.0534
    Dmarcus@bmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**
It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____          _____
                                                                          Judge or Circuit Clerk

# IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI
## AT KANSAS CITY

JESSICA HANSEN,

                **PLAINTIFF(S),**              **CASE NO. 2316-CV02244**

VS.                                            **DIVISION 13**

  **THE COCA-COLA COMPANY,**

                **DEFENDANT(S).**

## NOTICE OF CASE MANAGEMENT CONFERENCE FOR CIVIL CASE
## AND ORDER FOR MEDIATION
_____

      NOTICE IS HEREBY GIVEN that a Case Management Conference will be held with the Honorable **CHARLES H MCKENZIE on 22-MAY-2023** in **DIVISION 13** at **08:30 AM**.  All Applications for Continuance of a Case Management Conference should be filed on or before Wednesday of the week prior to the case management setting.  Applications for Continuance of a Case Management Conference shall comply with Supreme Court Rule and 16th Cir. R. 34.1. Continuance of a Case Management Conference will only be granted for good cause shown because it is the desire of the Court to meet with counsel and parties in all cases within the first 4 months that a case has been on file.  All counsel and parties are directed to check Case.NET on the 16th Judicial Circuit web site at www.16thcircuit.org after filing an application for continuance to determine whether or not it has been granted.

      A lead attorney of record must be designated for each party as required by Local Rule 3.5.1. A separate pleading designating the lead attorney of record shall be filed by each party as described in Local Rule 3.5.2.  The parties are advised that if they do not file a separate pleading designating lead counsel, even in situations where there is only one attorney representing the party, JIS will not be updated by civil records department, and copies of orders will be sent to the address currently shown in JIS.  Civil Records does not update attorney information from answers or other pleadings. The Designation of Lead Attorney pleading shall contain the name of lead counsel, firm name, mailing address, phone number, FAX number and E-mail address of the attorney who is lead counsel.

      At the Case Management Conference, counsel should be prepared to address at least the following:

        a.      A trial setting;

        b.      Expert Witness Disclosure Cutoff Date;

        c.      A schedule for the orderly preparation of the case for trial;

        d.      Any issues which require input or action by the Court;

        e.      The status of settlement negotiations.

Case 4:23-cv-00200-DGK    Document 1-1    Filed 03/24/23    Page 20 of 35

## MEDIATION

The parties are ordered to participate in mediation pursuant to Supreme Court Rule 17. Mediation shall be completed within 10 months after the date the case if filed for complex cases, and 6 months after the date the case is filed for other circuit cases, unless otherwise ordered by the Court. Each party shall personally appear at the mediation and participate in the process. In the event a party does not have the authority to enter into a settlement, then a representative of the entity that does have actual authority to enter into a settlement on behalf of the party shall also personally attend the mediations with the party.

The parties shall confer and select a mutually agreeable person to act as mediator in this case. If the parties are unable to agree on a mediator the court will appoint a mediator at the Case Management Conference.

Each party shall pay their respective pro-rata cost of the mediation directly to the mediator.

## POLICIES/PROCEDURES

Please refer to the Court's web page www.16thcircuit.org for division policies and procedural information listed by each judge.

/S/ **CHARLES H MCKENZIE**
CHARLES H MCKENZIE**, Circuit Judge**

## Certificate of Service

This is to certify that a copy of the foregoing was mailed postage pre-paid or hand delivered to the plaintiff with the delivery of the file-stamped copy of the petition. It is further certified that a copy of the foregoing will be served with the summons on each defendant named in this action.

Attorney for Plaintiff(s):
DAVID L. MARCUS, BARTLE & MARCUS LLC, 4700 BELLEVIEW AVE. STE. 200, KANSAS CITY, MO 64112

Defendant(s):
 THE COCA-COLA COMPANY

Dated:  30-JAN-2023                                    MARY A. MARQUEZ
                                                                  Court Administrator

## IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

☒ AT KANSAS CITY ☐ AT INDEPENDENCE

**RE**: **JESSICA HANSEN V THE COCA-COLA COMPANY**
**CASE NO:** **2316-CV02244**

**TO:** **DAVID L. MARCUS**
**BARTLE & MARCUS LLC**
**4700 BELLEVIEW AVE. STE. 200**
**KANSAS CITY, MO 64112**

We have received pleadings, which you submitted for filing in the case and they have been file-stamped on _____.
However, your pleading cannot be processed further until the following action is taken:

**RULE 3.2 - STYLE**
☐ Additional service instructions are needed.
☐ Incorrect case number/filed in wrong county.
☐ Document is unreadable.

**RULE 4.2 (2)**
☐ Need Circuit Court Form 4

**RULE 5.6 – COLLECTIONS OF DEPOSIT**
☐ No fee, or incorrect fee, received; fee required is $_____.
☐ Insufficient Filing Fee; Please Remit $_____
☐ No signature on check/form 1695.
☐ No request to proceed in forma pauperis.
☐ No personal checks accepted.

**RULE 68.1**
☐ Need Circuit Court Form 17

**RULE 68.7 – VITAL STATISTICS REPORT**
☐ Need Certificate of dissolution of marriage form.

**RULE 74.14 SUPREME CT – FOREIGN JUDGMENT**
☐ Authentication of foreign judgment required.
☐ Affidavit pursuant to Supreme Court Rule 74.14

**RULE 54.12 SERVICE IN REM OR QUASI IN REM ACTIONS**
☐ Affidavit for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Order for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Notice for Service by Publication required pursuant to Supreme Court Rule 54.12c.
☐ Affidavit for Service by Certified/Registered Mail pursuant to Supreme Court Rule 54.12b.

☒ **OTHER: PLEASE FILE A NEW MOTION AND ORDER FOR PRIVATE PROCESS SERVER TO INCLUDE THEIR 2023 REGISTRATION NUMBER. QUESTIONS CONTACT JENNIFER AT 816-881-3655**
☐ Please take the actions necessary to comply with the Circuit Court Rules and your request will be processed.
☐ The private process server listed is not on our approved list.
☐ Execution in effect. Return date _____. Request may be resubmitted within one week prior to return date.
☐ Supreme Court Rule 90.13 requires interrogatories be served with summons of garnishment.

**If the filing was a new case, please be advised that unless the additional information marked is received within 30 days of the date of this notice this case will be dismissed pursuant to Rule 37.4 for failure to prosecute without prejudice, at the Plaintiff's cost. Collection efforts will be pursued for these costs.**

**Please refer to the Court's website at www.16thcircuit.org for Court Rules or Forms.**

Copies electronic noticed, faxed, emailed and/or mailed JANUARY 30, 2023 to:

COURT ADMINISTRATOR'S OFFICE
**DEPARTMENT OF CIVIL RECORDS**
CIRCUIT COURT OF JACKSON COUNTY, MISSOURI

_____
JANUARY 30, 2023
Date

By _____
Deputy Court Administrator
☒ 415 East 12th St., Kansas City, Missouri 64106
☐ 308 W. Kansas, Independence, Missouri 64050

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

**AT KANSAS CITY**

Jessica Hansen, on behalf of herself and other
members of the putative class,

      Plaintiff,

v.

The Coca-Cola  Company,
Registered Agent: The Corporation Trust
Company
1209 Orange Street
Wilmington, DE 19801

      Defendant.

Case No. 2316-CV02244

<u>**MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER**</u>

COMES NOW <u>Plaintiff</u>, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | |
|---|---|---|---|
| Zenedria Abston | PPS23-0213 | Charles Casey | PPS23-0027 |
| Vikki Acord | PPS23-0214 | George Castillo | PPS23-0028 |
| Donna Arciuolo | PPS23-0004 | Scott Cisney | PPS23-0238 |
| Tracy Arnold | PPS23-0218 | Kathleen Clor | PPS23-0240 |
| Vanessa Arredondo | PPS23-0220 | Glen Cobb | PPS23-0030 |
| Tonya Arruda | PPS23-0221 | Chad Compton | PPS23-0033 |
| Jodi Ashworth | PPS23-0005 | Melody Compton | PPS23-0034 |
| Joseph Baska | PPS23-0008 | George Covert | PPS23-0035 |
| Allison Bernardo | PPS23-0011 | Peggy Cranston-Butcher | PPS23-0037 |
| Keith Blanchard | PPS23-0225 | Ernest Dahl | PPS23-0038 |
| Alexander Blea | PPS23-0012 | Vito Davis | PPS23-0242 |
| Dianna Blea | PPS23-0013 | Bryce Dearborn | PPS23-0243 |
| Richard Blea | PPS23-0226 | Robert DeLacy III | PPS23-0244 |
| Kathy Broom | PPS23-0020 | Robert DeLacy Jr. | PPS23-0245 |
| Randy Burrow | PPS23-0022 | Dominic DellaPorte | PPS23-0039 |
| Gary Burt | PPS23-0023 | Claudia Dohn | PPS23-0041 |
| Stephen Buskirk | PPS23-0233 | Aaron Donarski | PPS23-0044 |
| Steven Butcher | PPS23-0234 | Amy Donarski | PPS23-0043 |
| Danny Callahan | PPS23-0024 | Dale Dorning | PPS23-0045 |
| Jake Callahan | PPS23-0025 | Alexander Duaine | PPS23-0250 |
| Anna Canole | PPS23-0235 | Michael Dunard | PPS23-0046 |
| | | Donald Eskra Jr. | PPS23-0254 |

| | | | |
|---|---|---|---|
| Sadie Estes | PPS23-0255 | Janice Kirkhart | PPS23-0090 |
| Cindy Ethridge | PPS23-0256 | Tyler Kirkhart | PPS23-0091 |
| Robert Fairbanks | PPS23-0257 | Kenneth Klewicki | PPS23-0092 |
| William Ferrell | PPS23-0258 | Michele Kriner | PPS23-0280 |
| Ryan Fortune | PPS23-0262 | Kelly Land | PPS23-0095 |
| James Frago | PPS23-0054 | James LaRiviere | PPS23-0098 |
| John Frago | PPS23-0055 | Marcus Lawing | PPS23-0099 |
| Richard Gerber | PPS23-0266 | John Lichtenegger | PPS23-0101 |
| Kurie Ghersini | PPS23-0057 | Bryan Liebhart | PPS23-0102 |
| Adam Golden | PPS23-0058 | Bert Lott | PPS23-0104 |
| Bradley Gordon | PPS23-0059 | Rex Louar | PPS23-0283 |
| Thomas Gorgen | PPS23-0060 | Robert Maliuuk | PPS23-0285 |
| Kimberly Greenway | PPS23-0061 | Winnonna Maliuuk | PPS23-0286 |
| Paul Grimes | PPS23-0267 | Michael Marra | PPS23-0105 |
| Mark Hagood | PPS23-0063 | Thomas Matthews | PPS23-0288 |
| Eric Hahn | PPS23-0064 | Shauntranise McGee | PPS23-0291 |
| Nastassja Hall | PPS23-0268 | Michael McMahon | PPS23-0292 |
| Darnell Hamilton | PPS23-0066 | Michael C Meador | PPS23-0111 |
| James Hannah | PPS23-0067 | James Meadows | PPS23-0112 |
| James Ray Harvey | PPS23-0068 | Krista Meadows | PPS23-0293 |
| Grace Hazell | PPS23-0069 | Jerry Melber | PPS23-0113 |
| Stephen Heitz | PPS23-0269 | Jenna Mendoza | PPS23-0114 |
| Austen Hendrickson | PPS23-0070 | Matthew Millhollin | PPS23-0117 |
| Sharon Hendrickson | PPS23-0071 | Carla Monegain | PPS23-0298 |
| Elizabeth Henson | PPS23-0072 | Christopher Moore | PPS23-0297 |
| Jessie Hernandez | PPS23-0271 | Michael Morrison | PPS23-0299 |
| Michael Hibler | PPS23-0073 | Zachary Mueller | PPS23-0300 |
| Shelby Hibler | PPS23-0272 | Paul Nardizzi | PPS23-0303 |
| Trinity Hibler | PPS23-0273 | Wendy Neff | PPS23-0304 |
| James Hise | PPS23-0075 | Jeremy Nicholas | PPS23-0119 |
| Tony Hitt | PPS23-0274 | Jeffrey Nichols | PPS23-0121 |
| Aaron Holt | PPS23-0076 | Michael Noble | PPS23-0123 |
| Martin Hueckel | PPS23-0078 | Colter Norris | PPS23-0125 |
| Michael Huffman | PPS23-0079 | Dennis Norris | PPS23-0126 |
| Pamela Huffman | PPS23-0080 | Kody Norris | PPS23-0127 |
| Anthony Iavarone | PPS23-0083 | Daryl Oestreich | PPS23-0130 |
| Megan Jagos | PPS23-0084 | Craig Palmer | PPS23-0306 |
| Frank James | PPS23-0275 | Cynthia Paris | PPS23-0131 |
| Zachary Jenkins | PPS23-0277 | Cody Patton | PPS23-0133 |
| Betty Johnson | PPS23-0085 | Jose Pena | PPS23-0307 |
| Brent Kirkhart | PPS23-0089 | George Perry | PPS23-0134 |

| | | | | |
|---|---|---|---|---|
| Timothy Pinney | PPS23-0310 | | Brian Smith | PPS23-0175 |
| Nancy Porter | PPS23-0311 | | Bryan Smith | PPS23-0176 |
| Kourtney Potter-Acord | PPS23-0140 | | Anthony Spada | PPS23-0179 |
| Benjamin Purser | PPS23-0148 | | Melissa Spencer-Bryant | PPS23-0180 |
| Larry Quintanilla | PPS23-0312 | | Keith Stalcup | PPS23-0181 |
| Richard Ramirez | PPS23-0313 | | Barbara Steil | PPS23-0182 |
| James Reap | PPS23-0149 | | Paul Steil | PPS23-0183 |
| Christopher Reed | PPS23-0150 | | Randy Stone | PPS23-0184 |
| Cheryl Richey | PPS23-0152 | | Sonja Stone | PPS23-0185 |
| Richard Rober | PPS23-0316 | | Steven Stosur | PPS23-0328 |
| David Roberts | PPS23-0156 | | Cody Swartz | PPS23-0189 |
| Patricia Roberts | PPS23-0157 | | Ramona Talvacchio | PPS23-0329 |
| Anthony Roscoe | PPS23-0317 | | Jeffrey Teitel | PPS23-0191 |
| Richard Ross | PPS23-0318 | | Gabriel Tranum | PPS23-0193 |
| Steve Rozhon | PPS23-0319 | | Blanca Vazquez | PPS23-0337 |
| Kathy Rulo | PPS23-0165 | | Robert Vick II | PPS23-0338 |
| Edna Russell | PPS23-0166 | | Bradley Votaw | PPS23-0196 |
| Robert Sanders | PPS23-0320 | | Joseph Wachowski | PPS23-0339 |
| Brenda Schiwitz | PPS23-0167 | | Stephen Waters | PPS23-0197 |
| Nathaniel Scott | PPS23-0321 | | Barbara West | PPS23-0343 |
| Joe Sherrod | PPS23-0169 | | Jonathan Wilkerson | PPS23-0205 |
| Kenneth Short | PPS23-0326 | | Gregory Willing | PPS23-0206 |
| Anita Skillern | PPS23-0173 | | Conni Wilson | PPS23-0208 |
| Thomas Skinner | PPS23-0174 | | | |

as private process servers in the above-captioned matter.  In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

BARTLE & MARCUS LLC

By  /s/ David L. Marcus
David L. Marcus, MO Bar #47846
BARTLE & MARCUS LLC
4700 Belleview Ave., Suite 200
Kansas City, MO 64112
Telephone: 816.256.4699
Fax: 816.222.0534
Dmarcus@bmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

DATE: _____

_____

Judge or Circuit Clerk



# IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| | |
|---|---|
| Judge or Division:<br>CHARLES H MCKENZIE | **Case Number: 2316-CV02244** |
| Plaintiff/Petitioner:<br>JESSICA HANSEN | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID L. MARCUS<br>BARTLE & MARCUS LLC<br>4700 BELLEVIEW AVE. STE. 200<br>KANSAS CITY, MO 64112 |
| **vs.** | |
| Defendant/Respondent:<br>THE COCA-COLA COMPANY | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

The State of Missouri to: THE COCA-COLA COMPANY
Alias:

310 NORTH AVENUE, NW
ATLANTA, GA 30313

**PRIVATE PROCESS SERVER**

*COURT SEAL OF*

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

*JACKSON COUNTY*

<u>14-FEB-2023</u>
Date

_____
Clerk

Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _____ of _____ County, _____ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☐ (for service on a corporation) delivering a copy of the summons and petition to _____ (name) _____ (title).
   ☐ other _____.
Served at _____ (address)
in _____ County, _____ (state), on _____ (date) at _____ (time).

_____          _____
Printed Name of Sheriff or Server          Signature of Sheriff or Server

**Subscribed and sworn to** me before this _____ (day) _____ (month) _____ (year)
I am: (check one)  ☐ the clerk of the court of which affiant is an officer.
(Seal)  ☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

_____
Signature and Title

| **Service Fees, if applicable** | |
|---|---|
| Summons | $_____ |
| Non Est | $_____ |
| Mileage | $_____ (_____ miles @ $ _____ per mile) |
| **Total** | $_____ |

**See the following page for directions to officer making return on service of summons.**

## Directions to Officer Making Return on Service of Summons

A copy of the summons and petition must be served on each defendant/respondent. If any defendant/respondent refuses to receive the copy of the summons and petition when offered, the return shall be prepared accordingly so as to show the offer of the officer to deliver the summons and petition and the defendant's/respondent's refusal to receive the same.

Service shall be made: (1) On Individual. On an individual, including an infant or incompetent person not having a legally appointed guardian, by delivering a copy of the summons and petition personally to the individual or by leaving a copy of the summons and petition at the individual's dwelling house or usual place of abode with some person at least 18 years of age residing therein, or by delivering a copy of the summons and petition to an agent authorized by appointment or required by law to receive service of process; (2) On Guardian. On an infant or incompetent person who has a legally appointed guardian, by delivering a copy of the summons and petition to the guardian personally; (3) On Corporation, Partnership or Other Unincorporated Association. On a corporation, partnership or unincorporated association, by delivering a copy of the summons and petition to an officer, partner, or managing or general agent, or by leaving the copies at any business office of the defendant/respondent with the person having charge thereof or by delivering copies to its registered agent or to any other agent authorized by appointment or required by law to receive service of process; (4) On Public or Quasi-Public Corporation or Body. Upon a public, municipal, governmental or quasi-public corporation or body in the case of a county, to the mayor or city clerk or city attorney in the case of a city, to the chief executive officer in the case of any public, municipal, governmental, or quasi-public corporation or body or to any person otherwise lawfully so designated.

Service may be made by an officer or deputy authorized by law to serve process in civil actions within the state or territory where such service is made.

Service may be made in any state or territory of the United States. If served in a territory, substitute the word "territory" for the word "state."

The office making the service must swear an affidavit before the clerk, deputy clerk, or judge of the court of which the person is an officer or other person authorized to administer oaths. This affidavit must state the time, place, and manner of service, the official character of the affiant, and the affiant's authority to serve process in civil actions within the state or territory where service is made.

Service must not be made less than 10 days nor more than 30 days from the date the defendant/respondent is to appear in court. The return should be made promptly and in any event so that it will reach the Missouri Court within 30 days after service.

OSCA (11/2021) SM60 (JAKSMOS) For Court Use Only: **Document ID# 23-SMOS-217** 2 of 2 **(3316-CV02244)** Rules 54.06, 54.07, 54.14, 54.20, 506.500, 506.510 RSMo

Case 4:23-cv-00200-DGK Document 1-1 Filed 03/24/23 Page 28 of 35

# SUMMONS/GARNISHMENT SERVICE PACKETS
## ATTORNEY INFORMATION

Under the Missouri e-filing system now utilized by the 16th Judicial Circuit Court, once a case has been accepted for filing, a clerk prepares the necessary documents for service. The summons/garnishment is sent to the attorney by an e-mail containing a link so that the filer may print and deliver the summons/garnishment, pleadings and any other necessary documents to the person designated to serve the documents.

Pursuant to State statutes, Supreme Court Rules and Local Court Rules, attorneys are required to print, attach and serve specific documents with certain types of Petitions and other filings.

Please refer to the Court's website for instructions on how to assemble the service packets at:

16thcircuit.org → Electronic Filing Information → Required Documents for Service – eFiled cases → Summons/Garnishment Service Packet Information.

Please review this information periodically, as revisions are frequently made.   Thank you.


Circuit Court of Jackson County

**IN THE CIRCUIT COURT OF JACKSON COUNTY, MISSOURI**

**AT KANSAS CITY**

| | |
|---|---|
| Jessica Hansen, on behalf of herself and other members of the putative class, | |
| Plaintiff, | Case No. 2316-CV02244 |
| v. | |
| The Coca-Cola Company, Registered Agent: The Corporation Trust Company 1209 Orange Street Wilmington, DE 19801 | |
| Defendant. | |

## MOTION FOR APPOINTMENT OF PRIVATE PROCESS SERVER

COMES NOW Plaintiff, by and through counsel, and pursuant to Local Rule 4.9 of Jackson County Court Rules, hereby moves for the appointment of HPS Process Service & Investigations, Inc.:

| | | | | |
|---|---|---|---|---|
| Zenedria Abston | PPS23-0213 | | Charles Casey | PPS23-0027 |
| Vikki Acord | PPS23-0214 | | George Castillo | PPS23-0028 |
| Donna Arciuolo | PPS23-0004 | | Scott Cisney | PPS23-0238 |
| Tracy Arnold | PPS23-0218 | | Kathleen Clor | PPS23-0240 |
| Vanessa Arredondo | PPS23-0220 | | Glen Cobb | PPS23-0030 |
| Tonya Arruda | PPS23-0221 | | Chad Compton | PPS23-0033 |
| Jodi Ashworth | PPS23-0005 | | Melody Compton | PPS23-0034 |
| Joseph Baska | PPS23-0008 | | George Covert | PPS23-0035 |
| Allison Bernardo | PPS23-0011 | | Peggy Cranston-Butcher | PPS23-0037 |
| Keith Blanchard | PPS23-0225 | | Ernest Dahl | PPS23-0038 |
| Alexander Blea | PPS23-0012 | | Vito Davis | PPS23-0242 |
| Dianna Blea | PPS23-0013 | | Bryce Dearborn | PPS23-0243 |
| Richard Blea | PPS23-0226 | | Robert DeLacy III | PPS23-0244 |
| Kathy Broom | PPS23-0020 | | Robert DeLacy Jr. | PPS23-0245 |
| Randy Burrow | PPS23-0022 | | Dominic DellaPorte | PPS23-0039 |
| Gary Burt | PPS23-0023 | | Claudia Dohn | PPS23-0041 |
| Stephen Buskirk | PPS23-0233 | | Aaron Donarski | PPS23-0044 |
| Steven Butcher | PPS23-0234 | | Amy Donarski | PPS23-0043 |
| Danny Callahan | PPS23-0024 | | Dale Dorning | PPS23-0045 |
| Jake Callahan | PPS23-0025 | | Alexander Duaine | PPS23-0250 |
| Anna Canole | PPS23-0235 | | Michael Dunard | PPS23-0046 |
| | | | Donald Eskra Jr. | PPS23-0254 |

| | | | |
|---|---|---|---|
| Sadie Estes | PPS23-0255 | Janice Kirkhart | PPS23-0090 |
| Cindy Ethridge | PPS23-0256 | Tyler Kirkhart | PPS23-0091 |
| Robert Fairbanks | PPS23-0257 | Kenneth Klewicki | PPS23-0092 |
| William Ferrell | PPS23-0258 | Michele Kriner | PPS23-0280 |
| Ryan Fortune | PPS23-0262 | Kelly Land | PPS23-0095 |
| James Frago | PPS23-0054 | James LaRiviere | PPS23-0098 |
| John Frago | PPS23-0055 | Marcus Lawing | PPS23-0099 |
| Richard Gerber | PPS23-0266 | John Lichtenegger | PPS23-0101 |
| Kurie Ghersini | PPS23-0057 | Bryan Liebhart | PPS23-0102 |
| Adam Golden | PPS23-0058 | Bert Lott | PPS23-0104 |
| Bradley Gordon | PPS23-0059 | Rex Louar | PPS23-0283 |
| Thomas Gorgen | PPS23-0060 | Robert Maliuuk | PPS23-0285 |
| Kimberly Greenway | PPS23-0061 | Winnonna Maliuuk | PPS23-0286 |
| Paul Grimes | PPS23-0267 | Michael Marra | PPS23-0105 |
| Mark Hagood | PPS23-0063 | Thomas Matthews | PPS23-0288 |
| Eric Hahn | PPS23-0064 | Shauntranise McGee | PPS23-0291 |
| Nastassja Hall | PPS23-0268 | Michael McMahon | PPS23-0292 |
| Darnell Hamilton | PPS23-0066 | Michael C Meador | PPS23-0111 |
| James Hannah | PPS23-0067 | James Meadows | PPS23-0112 |
| James Ray Harvey | PPS23-0068 | Krista Meadows | PPS23-0293 |
| Grace Hazell | PPS23-0069 | Jerry Melber | PPS23-0113 |
| Stephen Heitz | PPS23-0269 | Jenna Mendoza | PPS23-0114 |
| Austen Hendrickson | PPS23-0070 | Matthew Millhollin | PPS23-0117 |
| Sharon Hendrickson | PPS23-0071 | Carla Monegain | PPS23-0298 |
| Elizabeth Henson | PPS23-0072 | Christopher Moore | PPS23-0297 |
| Jessie Hernandez | PPS23-0271 | Michael Morrison | PPS23-0299 |
| Michael Hibler | PPS23-0073 | Zachary Mueller | PPS23-0300 |
| Shelby Hibler | PPS23-0272 | Paul Nardizzi | PPS23-0303 |
| Trinity Hibler | PPS23-0273 | Wendy Neff | PPS23-0304 |
| James Hise | PPS23-0075 | Jeremy Nicholas | PPS23-0119 |
| Tony Hitt | PPS23-0274 | Jeffrey Nichols | PPS23-0121 |
| Aaron Holt | PPS23-0076 | Michael Noble | PPS23-0123 |
| Martin Hueckel | PPS23-0078 | Colter Norris | PPS23-0125 |
| Michael Huffman | PPS23-0079 | Dennis Norris | PPS23-0126 |
| Pamela Huffman | PPS23-0080 | Kody Norris | PPS23-0127 |
| Anthony Iavarone | PPS23-0083 | Daryl Oestreich | PPS23-0130 |
| Megan Jagos | PPS23-0084 | Craig Palmer | PPS23-0306 |
| Frank James | PPS23-0275 | Cynthia Paris | PPS23-0131 |
| Zachary Jenkins | PPS23-0277 | Cody Patton | PPS23-0133 |
| Betty Johnson | PPS23-0085 | Jose Pena | PPS23-0307 |
| Brent Kirkhart | PPS23-0089 | George Perry | PPS23-0134 |

| | | | |
|---|---|---|---|
| Timothy Pinney | PPS23-0310 | Brian Smith | PPS23-0175 |
| Nancy Porter | PPS23-0311 | Bryan Smith | PPS23-0176 |
| Kourtney Potter-Acord | PPS23-0140 | Anthony Spada | PPS23-0179 |
| Benjamin Purser | PPS23-0148 | Melissa Spencer-Bryant | PPS23-0180 |
| Larry Quintanilla | PPS23-0312 | Keith Stalcup | PPS23-0181 |
| Richard Ramirez | PPS23-0313 | Barbara Steil | PPS23-0182 |
| James Reap | PPS23-0149 | Paul Steil | PPS23-0183 |
| Christopher Reed | PPS23-0150 | Randy Stone | PPS23-0184 |
| Cheryl Richey | PPS23-0152 | Sonja Stone | PPS23-0185 |
| Richard Rober | PPS23-0316 | Steven Stosur | PPS23-0328 |
| David Roberts | PPS23-0156 | Cody Swartz | PPS23-0189 |
| Patricia Roberts | PPS23-0157 | Ramona Talvacchio | PPS23-0329 |
| Anthony Roscoe | PPS23-0317 | Jeffrey Teitel | PPS23-0191 |
| Richard Ross | PPS23-0318 | Gabriel Tranum | PPS23-0193 |
| Steve Rozhon | PPS23-0319 | Blanca Vazquez | PPS23-0337 |
| Kathy Rulo | PPS23-0165 | Robert Vick II | PPS23-0338 |
| Edna Russell | PPS23-0166 | Bradley Votaw | PPS23-0196 |
| Robert Sanders | PPS23-0320 | Joseph Wachowski | PPS23-0339 |
| Brenda Schiwitz | PPS23-0167 | Stephen Waters | PPS23-0197 |
| Nathaniel Scott | PPS23-0321 | Barbara West | PPS23-0343 |
| Joe Sherrod | PPS23-0169 | Jonathan Wilkerson | PPS23-0205 |
| Kenneth Short | PPS23-0326 | Gregory Willing | PPS23-0206 |
| Anita Skillern | PPS23-0173 | Conni Wilson | PPS23-0208 |
| Thomas Skinner | PPS23-0174 | | |

as private process servers in the above-captioned matter. In support of said motion, Plaintiff/Petitioner states that the above-named individuals are on the Court's list of approved process servers and the information contained in their applications and affidavits on file is current and still correct.

Respectfully Submitted,

BARTLE & MARCUS LLC

By /s/ David L. Marcus
David L. Marcus, MO Bar #47846
BARTLE & MARCUS LLC
4700 Belleview Ave., Suite 200
Kansas City, MO 64112
Telephone: 816.256.4699
Fax: 816.222.0534
Dmarcus@bmlawkc.com

**ATTORNEYS FOR PLAINTIFF**

Electronically Filed - Jackson - Kansas City - February 13, 2023 - 12:08 PM

**ORDER FOR APPOINTMENT OF PRIVATE PROCESS SERVER**

It is hereby ordered that Petitioner/Plaintiff's Motion for Appointment of Private Process Server is sustained and the above named individuals are hereby appointed to serve process in the above captioned matter.

<u>02/14/2023</u>          *Jennifer Brookshire*
DEPUTY COURT ADMINISTRATOR

Electronically Filed - Jackson - Kansas City - March 21, 2023 - 02:25 PM

## AFFIDAVIT OF SERVICE

State of Missouri           **County of Jackson**           **Circuit Court**

Case Number: 2316-CV02244

Plaintiff/Petitioner:
**JESSICA HANSEN, on behalf of herself and other members of the putative class**
vs.
Defendant/Respondent:
**THE COCA-COLA COMPANY**

Received by HPS Process Service & Investigations to be served on **The Coca-Cola Company, c/o The Corporation Trust Company, 1209 Orange Street, Wilmington, DE 19801.** I, _ADAM GOLDEN_, being duly sworn, depose and say that on the _22_ day of _FEB_ , 20_23_ at _1:30_ m., executed service by delivering a true copy of the Summons for Personal Service Outside the State of Missouri; Class Action Petition; and Notice of Case Management Conference for Civil Case and Order for Mediation in accordance with state statutes in the manner marked below:

(X) REGISTERED AGENT SERVICE: By serving _NADIA BELLAMY_
as _AUTH. TO ACCEPT_ for the above-named entity.

( ) RECORDS CUSTODIAN SERVICE: By serving _____
as _____ for the above-named entity.

( ) CORPORATE SERVICE: By serving _____
as_____ for the above-named entity.

( ) OTHER SERVICE: As described in the Comments below.

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS:_____
_____
_____
_____

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made. I declare under penalty of perjury that the foregoing is true and correct.

Subscribed and Sworn to before me on the _1_ day
of _March_ _2023_ by the affiant who is
personally known to me.

_Thomas M. Marshall_
NOTARY PUBLIC

PROCESS SERVER # _____
Appointed in accordance with State Statutes

**HPS Process Service & Investigations**
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559

Our Job Serial Number: 2023002890

THOMAS M. MARSHALL
MY COMMISSION
EXPIRES
SEPT. 28, 2024
NOTARY PUBLIC
STATE OF DELAWARE

Copyright © 1992-2023 Database Services, Inc. - Process Server's Toolbox V8.2i



IN THE 16TH JUDICIAL CIRCUIT COURT, JACKSON COUNTY, MISSOURI

| Judge or Division:<br>CHARLES H MCKENZIE | Case Number: 2316-CV02244 |
|---|---|
| Plaintiff/Petitioner:<br>JESSICA HANSEN | Plaintiff's/Petitioner's Attorney/Address:<br>DAVID L. MARCUS<br>BARTLE & MARCUS LLC<br>4700 BELLEVIEW AVE. STE. 200<br>KANSAS CITY, MO 64112 |
| vs. | |
| Defendant/Respondent:<br>THE COCA-COLA COMPANY | Court Address:<br>415 E 12th<br>KANSAS CITY, MO 64106 |
| Nature of Suit:<br>CC Other Miscellaneous Actions | (Date File Stamp) |

## Summons for Personal Service Outside the State of Missouri
### (Except Attachment Action)

| The State of Missouri to: THE COCA-COLA COMPANY<br>Alias: | **PRIVATE PROCESS SERVER** |
|---|---|

310 NORTH AVENUE, NW
ATLANTA, GA 30313

**COURT SEAL OF**

You are summoned to appear before this court and to file your pleading to the petition, copy of which is attached, and to serve a copy of your pleading upon the attorney for the plaintiff/petitioner at the above address all within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to file your pleading, judgment by default will be taken against you for the relief demanded in this action.

**JACKSON COUNTY**

14-FEB-2023
Date _____ Clerk
Further Information:

### Officer's or Server's Affidavit of Service

I certify that:
1. I am authorized to serve process in civil actions within the state or territory where the above summons was served.
2. My official title is _PROCESS SERVER_ of _NEW CASTLE_ County, _DE_ (state).
3. I have served the above summons by: (check one)
   ☐ delivering a copy of the summons and petition to the Defendant/Respondent.
   ☐ leaving a copy of the summons and petition at the dwelling place or usual abode of the defendant/respondent with _____, a person at least 18 years of age residing therein.
   ☒ (for service on a corporation) delivering a copy of the summons and petition to _NADIA BELLAMY_ (name) _AUTH. TO ACCEPT_ (title).
   ☐ other _____ (address).

Served at _1209 ORANGE ST_
in _NEW CASTLE_ County, _DE_ (state), on _2-22-23_ (date) at _1:38 P_ (time).

_ADAM GOLDEN_
Printed Name of Sheriff or Server                     Signature of Sheriff or Server

Subscribed and sworn to me before this _1_ (day) _March_ (month) _2023_ (year)
I am: (check one)
☐ the clerk of the court of which affiant is an officer.
☐ the judge of the court of which affiant is an officer.
☐ authorized to administer oaths in the state in which the affiant served the above summons. (use for out-of-state officer)
☐ authorized to administer oaths. (use for court-appointed server)

(Seal)

_Thomas M. Marshall_
Signature and Title

| Service Fees, if applicable | |
|---|---|
| Summons | $ |
| Non Est | $ |
| Mileage | $ _____ ( _____ miles @ $ _____ per mile) |
| Total | $ |

See the following page for directions to officer making return on service of summons.

THOMAS M. MARSHALL
COMMISSION
EXPIRES
SEPT. 28, 2024
NOTARY PUBLIC
STATE OF DELAWARE

OSCA (11/2021) SM60 (JAKSMOS) *For Court Use Only:* Document ID# 23-SMOS-217   1 of 2

(2316-CV02244)
Rules 54.06, 54.07, 54.14, 54.20; 506.500, 506.510 RSMo